# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Cameron Jarell Smith                    * From the 29th District
                                          Court of Palo Pinto County,
                                          Trial Court No. 14641.

Vs. No. 11-12-00133-CR                   * May 23, 2013

The State of Texas,                     * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          McCall, J., and Willson, J.)


This court has considered Appellant's motion to dismiss his appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.